DANIEL J. BRODERICK, Bar #89424
Federal Defender
MARC DAYS, CA Bar #184098
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
LEOPOLDO ASTORGA-PULIDO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> LEOPOLDO ASTORGA-PULIDO, ) <br> ) <br> Defendant. ) <br> ) | No. 1:10-cr-00148 AWI <br><br> STIPULATION TO CONTINUE STATUS CONFERENCE HEARING; ORDER THEREON <br><br> Date : July 19, 2010 <br> Time: 9:00 a.m. <br> Judge: Hon. Anthony W. Ishii |

**IT IS HEREBY STIPULATED** by and between the parties hereto, and through their respective attorneys of record herein, that the Status Conference Hearing, in the above captioned matter, scheduled for June 21, 2010, **may be continued to July 19, 2010, at 9:00 a.m.**

The purpose of the requested continuance is for further plea negotiation and defense preparation. A pre-plea worksheet was submitted to probation on June 14, 2010, and the parties are awaiting completion of a pre-plea PSR for the purpose of plea negotiations and fast track consideration. The requested continuance will conserve time and resources for all parties and the court.

///
///
///
///
///

The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice, including but not limited to, the need for the period of time set forth herein for further defense preparation pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B).

BENJAMIN B. WAGNER
United States Attorney

DATED: June 16, 2010            /s/ Ian Garriques
                                IAN GARRIQUES
                                Assistant United States Attorney
                                Attorney for Plaintiff


DANIEL J. BRODERICK
Federal Defender

DATED: June 16, 2010            /s/ Marc Days
                                MARC DAYS
                                Assistant Federal Defender
                                Attorney for Defendant
                                LEOPOLDO ASTORGA-PULIDO


**O R D E R**

**IT IS SO ORDERED.** Time is excluded in the interests of justice pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B).

IT IS SO ORDERED.

**Dated:   June 16, 2010**            /s/ Anthony W. Ishii
                                      CHIEF UNITED STATES DISTRICT JUDGE

Stipulation to Continue Status Conference
Hearing; Order Thereon                    2